# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NADIA M. METROKA,**
Appellant,

v.

**SHERYL E. KELGARD, SHERYL E. KELGARD** as Trustee of the **SHERYL E. KELGARD REVOCABLE TRUST, WYNDI BAKER, BRENT DUDLEY, SUNCOAST CONTRACTORS EMERGENCY SERVICES, INC.,**
et al.,
Appellees.

No. 4D2024-0702

[September 25, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Shari Africk Olefson, Judge; L.T. Case No. CACE15-019582.

Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Lara J. Edelstein and Kevin D. Franz of Boyd & Jenerette, PA, Boca Raton, for appellees Sheryl E. Kelgard, Sheryl E. Kelgard as trustee of the Sheryl E. Kelgard Revocable Trust, and Wyndi Baker.

Elaine D. Walter and Yvette Lavelle of Boyd Richards Parker Colonnelli, Miami, for appellees Brent Dudley and Suncoast Contractors Emergency Services, Inc.

PER CURIAM.

*Affirmed.*

CIKLIN and LEVINE, JJ., and SHEPHERD, CAROLINE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***